U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

APR -9 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| LAFAYETTE CONSOLIDATED GOVERNMENT | CIVIL ACTION 13-311 |
| VERSUS | JUDGE HAIK |
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY | MAGISTRATE JUDGE HANNA |

## RULING

New York Marine and General Insurance Company filed a Motion for Partial Dismissal under Federal Rule of Civil Procedure 12(b)(6) (Doc. #22). New York argues plaintiff based its bad faith claim on Louisiana Revised Statute 22:1214 which, in its current form, applies to whether health insurers must cover a service charge levied by a hospital. As this statute is inapplicable to the instant matter, the defendants assumed the plaintiff meant to refer to Revised Statute 22:1964, which had formerly been numbered 22:1214. This statute pertains to unfair trade practices, but may only be enforced by the commissioner of insurance. Consequently, New York seeks a 12(b)(6) dismissal.

The plaintiff responded stating it cited the incorrect statute and meant to cite 22:1973, which it argues is the current version of the former 22:1214. 22:1973 deals with good faith duty; claims and settlement practices, causes of action, and penalties. Plaintiff seeks permission to amend the claim.

Technically, 22:1973 is the current version of LA R.S. 22:1220, not 22:1214. However, the Court will grant the plaintiff ten (10) days to amend the pleadings to reflect the proper claim,

as the defendants have had notice of the claims being asserted, despite the errors in pleading.

**THUS DONE** and **SIGNED** on this 8th day of April, 2014.

_____
RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA